Robert WILLIAMS, Jr.; David Williams, Plaintiffs–Counter Defendants–Appellants,

v.

AMERUS LIFE INSURANCE CO., Defendant–Third Party Plaintiff–Counter Claimant–Counter Defendant–Appellee,

v.

Anne Williams, Third Party Defendant–Counter Claimant–Appellant.

No. 06–20366.

United States Court of Appeals, Fifth Circuit.

March 16, 2007.

Charles Littleton Fridge, III, Houston, TX, for Plaintiffs–Counter Defendants–Appellants/Third Party Defendant–Counter Claimant–Appellant.

Alicia Maria Matsushima, Shannon, Martin, Finkelstein & Sayre, Houston, TX, for Defendant–Third Party Plaintiff–Counter Claimant–Counter Defendant–Appellee.

Before JONES, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM: *

Having reviewed the briefs and pertinent portions of the record, the court af-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

firms the denial of relief for essentially the reasons stated by the district court. The court also affirms the district court's award of sanctions against the Williamses and their attorneys.

Additionally, the court awards sanctions against the Williamses in the amount of $5,000 for the prosecution of a frivolous appeal. *See* FED. R.APP. P. 38.

**AFFIRMED; SANCTIONS AWARDED.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.